UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 09 1998

Michael N. Milby, Clerk of Court

| | |
|---|---|
| GILBERTO M. RODRIGUEZ, INDIVIDUALY AND ON BEHALF OF HIS MINOR DAUGHTER, MEGAN SUZANNE RODRIGUEZ, AND STEPHEN L. WILLIAMS AND WIFE, ROBYN S. WILLIAMS, SURVIVING BENEFICIARIES OF THE DECEASED § § § § § § § § | |
| VS. § § | CIVIL ACTION NO. B-98-163 |
| CITY OF HARLINGEN, TEXAS § § | |
| AND § § | |
| R.D. MOORE AND § § | |
| JIM SHEOPNER § | |

## APPLICATION TO PRACTICE PRO HAC VICE

To the Honorable __Hilda G. Tagle__, Judge of the District Court for the Southern District of Texas, Brownsville Division.

Comes now Michael Greenberg and represents this his application for permission to practice pro hac vice, and in support hereof respectfully shows:

1. That he wishes to file a civil action representing Plaintiffs, Gilberto M. Rodriguez, Individually and on behalf of his minor daughter, Megan Suzanne Rodriguez, and Stephen L. Williams and wife, Robyn S. Williams.

2. That he is a member in good standing of the State Bar of Texas and the State Bar of Hawaii.

3.  That he is a member in good standing of the following courts:

   a.  United States Supreme Court;

   b.  United States Court of Appeals – Fifth Circuit;

   c.  United States District Court for the Northern District of Texas;

   d.  United States District Court for the Western District of Texas.

Wherefore, Michael Greenberg of the Bar of Texas, prays that he be admitted pro hac vice on behalf of Gilberto M. Rodriguez, et al.

Dated this __9th__ day of __November__, 1998.

Michael Greenberg
LAW OFFICES OF RICHARD PENA
Barton Oaks Plaza II
901 s. Mopac, Suite 325
Austin, Texas 78746
(512)327-6884 – Telephone
(512)327-8354 – Facsimile
State Bar No. 08388000