4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 09 1998

Michael N. Milby, Clerk of Court

| | |
|---|---|
| GILBERTO M. RODRIGUEZ, Individually and on Behalf of his Minor Daughter, MEGAN SUZANNE RODRIGUEZ; and STEPHEN L. WILLIAMS and Wife, ROBYN S. WILLIAMS, Surviving Beneficiaries of the Deceased | { { { { { { { { |
| V. | { { |
| CITY OF HARLINGEN, TEXAS; R.D. MOORE and JIM SCHEOPNER | { { |

CIVIL ACTION NO. B-98-163

### DEFENDANTS' UNOPPOSED MOTION TO ENLARGE TIME WITHIN WHICH TO FILE ANSWER AND OTHER RESPONSIVE PLEADINGS

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Defendants CITY OF HARLINGEN, TEXAS; R.D. MOORE and JIM SCHEOPNER, and file this their **DEFENDANTS' UNOPPOSED MOTION TO ENLARGE TIME WITHIN WHICH TO FILE ANSWER AND OTHER RESPONSIVE PLEADINGS** and would show the Court as follows:

I. Certificate of Conference

The undersigned counsel has conferred with Plaintiffs' counsel and there is no opposition to this Motion.

II.

Pursuant to Fed.R.Civ.Pr. 6(b), Defendants move for an enlargement of the time under Fed.R.Civ.Pr. 12 to file an answer and any motions permitted under Rule 12.

Counsel for Defendants agreed to accept service of summons upon Defendants without formal service under Rule 4. Acceptance of such service occurred on or about November 19, 1998.

Rule 12(a)(1)(B) gives Defendants 60 days after the date at which a formal waiver was sent in order to answer the Complaint. However, because defense counsel agreed to accept service of summons informally, it is not clear whether that deadline or the 20-day deadline under Rule 12(a)(1)(A) applies. Out of caution, Defendants request the deadline be extended five (5) days until Monday, December 14, 1998.

III.

As good cause, Defendants would show the Court as follows:

1. The actual Complaint was received just before the Thanksgiving Holidays. After the holidays, Defendants' lead counsel, Mr. Tom Lockhart, has been out of town for several days. For these reasons, Defendants' counsel had insufficient time to study the Complaint, prepare an answer containing defenses they may be permitted to raise, and prepare concise motions under Rule 12(b).

2. More time is necessary for Defendants' attorneys to consult and prepare an answer and appropriate motions.

WHEREFORE, PREMISES CONSIDERED, Defendants pray the above and foregoing Motion be taken immediately under submission and the Court grant an enlargement of time and an extension of the time in which to file an answer and responsive motions until December 14, 1998.

Respectfully Submitted,

| | |
|---|---|
| Associate Counsel for Defendant, R.D.MOORE, in His Individual Capacity | ADAMS & GRAHAM, L.L.P.<br>P. O. Drawer 1429<br>Harlingen, TX 78551-1429<br>956/428-7495; FAX: 956/428-2954<br>RHughes@adamsgraham.com |
| Mr. Walter J. Passmore<br>State Bar No. 15560400<br>PASSMORE, WALKER & TWENHAFEL, L.L.P.<br>2424 North 10th St., Suite 201; 78501<br>P. O. Drawer 3766<br>McAllen, TX 78502-3766<br>956/687-6225; FAX: 956/686-1276 | By: _____<br>TOM LOCKHART<br>State Bar No. 12473500<br>ROGER W. HUGHES<br>State Bar No. 10229500<br><br>Attorneys for Defendants, CITY OF HARLINGEN, TEXAS; R.D. MOORE and JIM SCHEOPNER |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was forwarded on this 9 day of December 1998, to the following counsel of record and interested parties:

Attorney for Plaintiffs GILBERTO M. RODRIGUEZ, et al:

Mr. Michael Greenberg            <u>CM RRR Z 348 018 983</u>
LAW OFFICES OF RICHARD PENA, P.C.
Barton Oaks Plaza Two
901 MoPac, Suite 325
Austin, TX 78746-5747

Attorney of record for Defendant, R.D. MOORE, in His Individual Capacity:

Mr. Walter J. Passmore
PASSMORE, WALKER & TWENHAFEL, L.L.P.
P. O. Drawer 3766
McAllen, TX 78502-3766

_____
ROGER W. HUGHES