UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| GILBERTO M. RODRIGUEZ, INDIVIDUALLY AND ON BEHALF OF HIS MINOR DAUGHTER, MEGAN SUANNE RODRIGUEZ, AND STEPHEN L. WILLIAMS AND WIFE, ROBYN S. WILLIAMS, SURVIVING BENEFICIARIES OF THE DECEASED § § § § § § § § VS. § § CITY OF HARLINGEN, TEXAS § § AND § § R.D. MOORE AND § § JIM SHEOPNER § | CIVIL ACTION NO. B-98-163 |

United States District Court
Southern District of Texas
FILED
DEC 22 1998
Michael N. Milby, Clerk of Court

### PLAINTIFF'S MOTION FOR CONTINUANCE TO OBTAIN DEPOSITIONS IN RESPONSE TO DEFENDANTS RULE 12b 6 MOTIONS TO DISMISS/RULE 56 MOTION FOR SUMMARY JUDGMENT

Plaintiff's move the Court to continue Defendants' Motions to Dismiss/Motions for Summary Judgment and for cause for the following reasons:

1. Defendants' and their employees are in control of facts surrounding the killing of Plaintiff's deceased;

2. Defendants' filed an Answer on December 14, 1998;

3. Plaintiff's have not had an opportunity to obtain any discovery or to take deposition of any persons; and

4. Plaintiff's move the Court to Continue Defendants' Motions to Dismiss/Motions for Summary Judgment until after the close of discovery in order to obtain deposition and other discovery in opposition to Defendants' Motions.

MOTION FOR SUMMARY JUDGMENT
December 17, 1998
Page - 2 -

                                                          Respectfully submitted,

                                                          Michael Greenberg
                                                          LAW OFFICES OF RICHARD PENA
                                                          Barton Oaks Plaza II
                                                          901 s. Mopac, Suite 325
                                                          Austin, Texas 78746
                                                          (512)327-6884 – Telephone
                                                          (512)327-8354 – Facsimile
                                                          State Bar No. 08388000

## CERTIFICATE OF CONFERENCE

Plaintiffs certify that this Motion has been faxed to Tom Lockhart, counsel for Defendant in an attempt to resolve this dispute and that the parties have not been able to reach an agreement.

                                                          MICHAEL GREENBERG

# AFFIDAVIT

STATE OF TEXAS            §
                          §
COUNTY OF TRAVIS          §

On this 17th day of December, 1998 GILBERT RODRIGUEZ appeared before me and, upon his oath stated as follows:

"My name is GILBERT RODRIGUEZ. I have personal knowledge of the facts contained within the Motion for Summary Judgment, and they are true and correct based on my personal knowledge."

_____
GILBERT RODRIGUEZ

SWORN TO AND SUBSCRIBED before me, the undersigned authority, on this the 18th day of December, 1998, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC, STATE OF TEXAS

6/19/99
_____
COMMISSION EXPIRES

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above-instrument has been mailed to all counsel or record who are entitled to notice pursuant to Rule 21a, Texas Rules of Civil Procedure as follows:

```
Tom Lockhart
ADAMS & GRAHAM, LLP
222 E. Van Buren, West Tower
Harlingen, Texas  78550
```
**VIA FACSIMILE (956)428-2954**

on this the 21st day of December, 1998

MICHAEL GREENBERG

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GILBERTO M. RODRIGUEZ, INDIVIDUALY AND ON BEHALF OF HIS MINOR DAUGHTER, MEGAN SUZANNE RODRIGUEZ, AND STEPHEN L. WILLIAMS AND WIFE, ROBYN S. WILLIAMS, SURVIVING BENEFICIARIES OF THE DECEASED | § § § § § § § § | |
| VS. | § § | CIVIL ACTION NO. B-98-162 |
| CITY OF HARLINGEN, TEXAS | § § § | |
| AND | § § | |
| R.D. MOORE AND | § § | |
| JIM SHEOPNER | § | |

## ORDER GRANTING CONTINUANCE

On this day came on to be considered the Motion for Summary Judgment of Plaintiffs in the above entitled and numbered cause. The Court having considered said Motion finds that said Motion should, in all things, be granted.

SIGNED THIS _____ day of _____, 19_____.

_____
JUDGE PRESIDING

5