11

UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

FEB 0 2 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

Rodriguez

versus

City of Harlingen

§
§
§
§
§
§
§
§

CIVIL ACTION 98-163

## Order Resetting Conference

The ~~pretrial~~ initial conference set __3-18-99__, has been reset to: __3-10-99__, at __10:30__ A̶m.

Signed on __February 2__, 1998, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

o.
updateddl.