12

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 0 5 1999

Michael N. Milby
Clerk of Court

| | |
|---|---|
| GILBERTO M. RODRIGUEZ, Individually and on Behalf of his Minor Daughter, MEGAN SUZANNE RODRIGUEZ; and STEPHEN L. WILLIAMS and Wife, ROBYN S. WILLIAMS, Surviving Beneficiaries of the Deceased | CIVIL ACTION NO. B-98-163 |
| V. | A JURY IS DEMANDED |
| CITY OF HARLINGEN, TEXAS | |
| AND | |
| R.D. MOORE AND JIM SCHEOPNER | |

## JOINT MOTION FOR PERMISSION TO FILE JOINT DISCOVERY/CASE MANAGEMENT PLAN WITHIN FOURTEEN (14) DAYS OF INITIAL PRETRIAL CONFERENCE

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, the Plaintiffs and Defendants in the above styled and numbered cause and jointly move this Court for permission to file their Joint Discovery/Case Management Plan ("Plan") within fourteen (14) days of the Initial Pretrial Conference and in support thereof would show the Court as follows:

I.

The Initial Pretrial Conference is set for March 17, 1999. Plaintiffs are in the process of changing law firms from the Law Firm of Richard Pena, P.C. to Spivey & Ainsworth, P.C. Therefore Michael

Greenberg of the Law Firm of Richard Pena, P.C. wanted the Law Offices of Spivey & Ainsworth, P.C. to participate in the preparation of the Plan. Because the attorneys at the Law Offices of Spivey & Ainsworth, P.C. were just familiarizing themselves with the file there were delays in finalizing an agreed Plan which precluded timely filing before 5:00 p.m. on March 3, 1999.

## II.

The Plan has now been forwarded for filing.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiffs and Defendants pray that the Court grant permission for the parties to file their Joint Discovery/Case Management Plan within fourteen (14) days before the Initial Pretrial Conference.

Respectfully Submitted,

**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
Harlingen, Texas 78551-1429
Telephone: 956/428-7495
Telecopier: 956/428-2954

By: _____
Tom Lockhart
State Bar No. 12473500
Fed. I.D. No. 2257

Attorneys for Defendants, City of Harlingen, Texas; R.D. Moore and Jim Schoepner

# JOINT MOTION FOR PERMISSION TO FILE JOINT DISCOVERY/CASE MANAGEMENT PLAN WITHIN FOURTEEN (14) DAYS OF INITIAL PRETRIAL CONFERENCE

Respectfully submitted,

**PASSMORE, WALKER & TWENHAFEL, L.L.P.**
P. O. Drawer 3766
McAllen, TX 78502-3766
Telephone: 956/687-6225
Telecopier: 956/686-1276

By: _/s/ Walter J. Passmore_
Walter J. Passmore
State Bar No. 15560400
Federal I.D. No. _____

Attorney for R.D. Moore

# JOINT MOTION FOR PERMISSION TO FILE JOINT DISCOVERY/CASE MANAGEMENT PLAN WITHIN FOURTEEN (14) DAYS OF INITIAL PRETRIAL CONFERENCE

Respectfully submitted,

**LAW OFFICES OF RICHARD PENA, P.C.**
Barton Oaks Plaza
901 Mopac, Suite 325
Austin, Texas 78746
Telephone: (512) 327-6884
Telecopier: (512) 327-8354

By: *Michael Greenberg by Francis Pan*
Michael Greenberg
State Bar No. 08388000
Federal I.D. No. _____

Attorneys for Plaintiffs Gilberto M. Rodriguez Individually and on Behalf of his Minor Daughter, MEGAN SUZANNE RODRIGUEZ; and STEPHEN L. WILLIAMS and Wife, ROBYN S. WILLIAMS, Surviving Beneficiaries of the Deceased