United States District Court
Southern District of Texas
ENTERED

MAR 11 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| GILBERTO M. RODRIGUEZ, Individually and on Behalf of his Minor Daughter, MEGAN SUZANNE RODRIGUEZ; and STEPHEN L. WILLIAMS and Wife, ROBYN S. WILLIAMS, Surviving Beneficiaries of the Deceased | CIVIL ACTION NO. B-98-163 |
| V. | A JURY IS DEMANDED |
| CITY OF HARLINGEN, TEXAS | |
| AND | |
| R.D. MOORE AND JIM SCHEOPNER | |

**ORDER ON JOINT MOTION FOR PERMISSION TO FILE JOINT DISCOVERY/CASE MANAGEMENT PLAN WITHIN FOURTEEN (14) DAYS OF INITIAL PRETRIAL CONFERENCE**

WHEREAS, the Court has considered the parties Joint Motion for Permission to File Joint Discovery/Case Management Plan Within Fourteen (14) days of Initial Pretrial Conference;

**IT IS SO ORDERED.**

**SIGNED FOR ENTRY** this the 10 day of March, 1999, at Brownsville, Texas.

_____
JUDGE PRESIDING