IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| GILBERTO M. RODRIGUEZ, INDIVIDUALLY AND ON BEHALF OF HIS MINOR DAUGHTER, MEGAN SUZANNE RODRIGUEZ, AND STEPHEN L. WILLIAMS AND WIFE, ROBYN S. WILLIAMS, SURVIVING BENEFICIARIES OF THE DECEASED § § § § § § § § § | |
| V. § | CIVIL ACTION NO. B-98-163 |
| § | |
| CITY OF HARLINGEN, TEXAS § | |
| AND § | |
| R.D. MOORE AND § JIM SHEOPNER § | |

**PLAINTIFFS' MOTION FOR LEAVE OF COURT
FOR PERMISSION TO FILE
PLAINTIFFS' FIRST AMENDED COMPLAINT**

Comes now the Plaintiffs and Move this Honorable Court to grant its Leave of Court pursuant to FRCP 15(a), and in support thereof will show the Court as follows:

I.

Plaintiffs have filed a Motion for Continuance requesting that allowing reasonable discovery will produce additional factual information which will support the denying of the FRCP 12 (b) (6) Motions filed by Defendants. The granting of such relief is vital in order to allow the formal discovery of truth which is reasonably suspected to exist.

II.

Just in the interim, between the filing of such Motion and of the hearing scheduled in this Court for Wednesday, March 17, 1999, even without the powerful benefit of such discovery, Plaintiffs have discovered additional information which is reflected in the proposed Plaintiffs First Amended Petition filed herewith.

-1-

III.

Plaintiffs cannot have their cause properly presented to this Court without either the granting of this Motion, or the overruling of Defendants' FRCP 12 (b) (6) Motions, as these proposed pleadings so clearly show.

**PRAYER**

53. WHEREFORE Plaintiffs pray that this Honorable Court:

A. Grant this Motion for Leave of Court for Permission to File Plaintiffs' Frist Amended Complaint;

B. Allow Plaintiffs to file this Amended Complaint;

C. Or, alternatively, Plaintiffs request this Court to outright deny and overrule the Defendants' FRCP 12 (b) (6) Motions

D. And grant such other and further relief to which Plaintffs may be justly entitled.

Respectfully submitted,

BROADUS A. SPIVEY
SPIVEY & AINSWORTH, PC.
48 East Avenue
Austin, TX 78701
512/474-6061
512/474-1605 (fax)

Michael Greenberg
Texas Bar No. 08388000
Law Offices of Richard Pena
Barton Oaks Plaza
901 Mopac, Suite 325
Austin, TX 78746

By _____
Broadus A. Spivey
SBOT No. 18955000

**ATTORNEYS FOR PLAINTIFFS**

-3-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the above and foregoing document was forwarded on March 11, 1999, to the following counsel of record and interested parties:

Mr. Walter J. Passmore
PASSMORE, WALKER & TWENHAFEL, L.L.P.
2424 North 10th St, Suite 201
McAllen, Texas 78501
Attorneys for Defendant
CMRRR# Z 438447820

Mr. Tom Lockhart
Mr. Jim Denison
Mr. Roger W. Hughes
ADAMS & GRAHAM, L.L.P.
222 E. Van Buren, West Tower
Harlingen, Texas 78551-1429
Attorneys for Defendant
CMRRR# Z 438447821

_____
Broadus A. Spivey

3163P.007