18

# Civil Courtroom Minutes

United States District Court
Southern District of Texas
FILED

MAR 17 1999

Michael N. Milby, Clerk of Court

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Letty Garza |
| LAW CLERK | ☐ Trevino   ☑ Spencer |
| DATE | 3 / 17 / 99 |
| TIME | 11:20 a.m. — 12:15 a.m.<br>2:17 p.m. — 3:15 p.m. |
| CIVIL ACTION | B / 98 / 163 |
| STYLE | Rodriguez<br>versus<br>City of Harlingen, et al |

**DOCKET ENTRY**

(HGT) ☑ Hearing; _____ day ☑ Bench or ☐ Jury Trial    (Rptr.  Breck Record  )

Broadus Spivey _____ for ☑ Ptf. # ____   ☐ Deft. # ____
Tom Lockhart _____ for ☐ Ptf. # ____   ☑ Deft. # ____
Waller Passmore _____ for ☐ Ptf. # ____   ☑ Deft. # ____
_____ for ☐ Ptf. # ____   ☐ Deft. # ____

☐ All motions not expressly decided are denied without prejudice.
☐ Evidence taken [exhibits or testimony].
☐ Argument heard on:   ☐ all pending motions;   ☐ these topics:

☑ Motions taken under advisement: Dkt No 7 & 8
☐ Order to be entered.
☐ Miscellaneous review set: 2 weeks (3-30-99)
☑ Rulings orally rendered on: Court Granted Dkt No 15 & 2.
— Plaintiff's Counsel withdrew Dkt No 9.