IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| GILBERTO M. RODRIGUEZ, Individually and on Behalf of his Minor Daughter, MEGAN SUZANNE RODRIGUEZ; and STEPHEN L. WILLIAMS and Wife, ROBYN S. WILLIAMS, Surviving Beneficiaries of the Deceased | CIVIL ACTION NO. B-98-163 |
| V. | A JURY IS DEMANDED |
| CITY OF HARLINGEN, TEXAS | |
| AND | |
| R.D. MOORE AND JIM SCHEOPNER | |

United States District Court
Southern District of Texas
FILED

MAR 22 1999

Michael N. Milby
Clerk of Court

## UNOPPOSED MOTION TO EXTEND DEADLINE FOR DEFENDANTS FILING ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Defendants, **CITY OF HARLINGEN, TEXAS, R.D. MOORE and JIM SCHEOPNER**, and file this motion and in support thereof would show the Court as follows:

I.

Plaintiffs, **GILBERTO M. RODRIGUEZ, INDIVIDUALLY AND ON BEHALF OF HIS MINOR DAUGHTER, MEGAN SUZANNE RODRIGUEZ, AND STEPHEN L. WILLIAMS AND WIFE, ROBYN S. WILLIAMS, SURVIVING BENEFICIARIES OF THE DECEASED**, filed their Motion for Leave to File First Amended Complaint on March 12, 1999. At the Scheduling Conference on March 17, 1999, the Court granted leave to Plaintiffs to file the First Amended Complaint and directed that the First Amended Complaint shall be subject to the objections and Defendants' Motion to

Dismiss Under FRCP 12(b)(6), Individual Motion to Dismiss Under FRCP 12(b)(6) Based on Qualified Immunity, and Defendants' Supplemental Motion to Dismiss Under Rule 12(b)(6).

## II.

Therefore, Defendants request leave to file their Amended Answer in response to Plaintiffs' First Amended Complaint on or before March 29, 1999.

## III.

Counsel for Defendants has conferred with lead counsel for Plaintiffs, Broadus Spivey, and this motion is unopposed.

**WHEREFORE, PREMISES CONSIDERED**, Defendants pray that the Court grant leave to file their Amended Answer on or before March 29, 1999.

Respectfully submitted,

By: _____
TOM LOCKHART
Admissions ID No. 2257
Texas State Bar No. 12473500
ROGER W. HUGHES
Admissions ID No. 5950
Texas State Bar No. 10229500
**ADAMS & GRAHAM, L.L.P.**
P.O. Drawer 1429
Harlingen, Texas 78551-1429
956/428-7495; FAX: 956/428-2954
Attorney-in-Charge for Defendants, CITY OF HARLINGEN, TEXAS; R.D. MOORE and JIM SCHOEPNER

**PASSMORE, WALKER & TWENHAFEL, L.L.P.**
Walter J. Passmore
State Bar No. 15560400
P. O. Drawer 3766
McAllen, Texas 78502-3766
956/687-6225; FAX: 956/686-1276
Attorney for R.D. MOORE

Page 3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was forwarded on this 22nd day of March 1999, to the following counsel of record and interested parties:

---

Attorney for Plaintiffs ARTURO G. SALINAS, et al:

Mr. Michael Greenberg
**LAW OFFICES OF RICHARD PENA, P.C.**
Barton Oaks Plaza Two
901 MoPac, Suite 325
Austin, Texas  78746-5747

Mr. Broadus A. Spivey
**SPIVEY & AINSWORTH, P.C.**
48 East Avenue
Austin, Texas  78701-4320

Attorney of record for Defendant, R.D. MOORE, in His Individual Capacity:

Mr. Walter J. Passmore
**PASSMORE, WALKER & TWENHAFEL, L.L.P.**
2424 North 10th St., Suite 201; 78501
P. O. Drawer 3766
McAllen, Texas 78502-3766

_____
TOM LOCKHART