21

United States District Court
Southern District of Texas
ENTERED

MAR 2 3 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

GILBERTO M. RODRIGUEZ, {
Individually and on Behalf of {
his Minor Daughter, MEGAN {
SUZANNE RODRIGUEZ; and {
STEPHEN L. WILLIAMS and Wife, {
ROBYN S. WILLIAMS, Surviving {
Beneficiaries of the Deceased { CIVIL ACTION NO. B-98-163
{
V. {
{
CITY OF HARLINGEN, TEXAS; {
R.D. MOORE and JIM SCHOEPNER {

ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO
FILE PLAINTIFFS' FIRST AMENDED COMPLAINT

BE IT REMEMBERED that on this the 22 day of March, 1999, came to be considered PLAINTIFF'S MOTION FOR LEAVE TO FILE PLAINTIFFS' FIRST AMENDED COMPLAINT and upon consideration of same, the Court is of the opinion that it should be granted, subject to the conditions that said Amended Complaint shall be treated as subject to and attacked by Defendants' (1) prior Motion to Dismiss Under Rule 12 (B)(6); (2) Individual Defendants' Motion to Dismiss Under Fed.R.Civ.Pr. 12(b)(6) Based on Qualified Immunity; and (3) Defendants' Supplement to Motions to Dismiss Under Rule 12(b)(c).

IT IS, THEREFORE, ORDERED that Plaintiffs are granted leave to file Plaintiffs' First Amended Complaint, which Amended Complaint shall be subject to the objections in Defendants' Motion to Dismiss Under Fed.R.Civ.Pr. 12(b)(6), Individual Defendants' Motions to Dismiss

Under Fed.R.Civ.Pr. 12(b)(6) Based on Qualified Immunity, and Defendants' Supplement to Motions to Dismiss Under Rule 12(b)(6).

SIGNED FOR ENTRY this the ____ day of _____, 1999, at Brownsville, Texas.

_____
JUDGE PRESIDING