22

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 2 3 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| GILBERTO M. RODRIGUEZ, Individually and on Behalf of his Minor Daughter, MEGAN SUZANNE RODRIGUEZ; and STEPHEN L. WILLIAMS and Wife, ROBYN S. WILLIAMS, Surviving Beneficiaries of the Deceased<br><br>V.<br><br>CITY OF HARLINGEN, TEXAS<br><br>AND<br><br>R.D. MOORE AND JIM SCHEOPNER ARTURO G. SALINAS, ET AL | CIVIL ACTION NO. B-98-163<br><br>A JURY IS DEMANDED |

## ORDER GRANTING LEAVE FOR DEFENDANTS TO FILE AMENDED ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT ON OR BEFORE MARCH 29, 1999

**WHEREAS**, the Court has considered the Unopposed Motion to Extend Deadline for Defendants Filing Answer to Plaintiffs' First Amended Complaint and is of the opinion that such relief should be GRANTED;

**IT IS SO ORDERED.**

**SIGNED FOR ENTRY** this the _____ day of _____, 1999, at Brownsville, Texas.

_____
JUDGE PRESIDING