28

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 2 3 1999

Michael N. Milby
Clerk of Court

| | |
|---|---|
| GILBERTO RODRIGUEZ, ET AL | { |
| | { |
| V. | {   CIVIL ACTION NO. B-98-163 |
| | { |
| CITY OF HARLINGEN, TEXAS, ET AL | { |

### AGREED MOTION TO CONTINUE HEARING

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Plaintiffs and Defendants, and file this their **AGREED MOTION TO CONTINUE HEARING** and would respectfully show the Court as follows:

I. Certificate of Conference

Counsel for Plaintiffs and Defendants have conferred and they are agreed to the requested relief.

II.

On January 16, 1999, lead counsel for Plaintiffs and Defendants received the Court's notification of a hearing in the above referenced case for July 30, 1999 at 11:00 a.m.

Mr. Spivey, Plaintiffs' lead counsel, has a previously scheduled hearing on a motion for summary judgment in state court in Northern Texas on July 30th. He intended to be personally present at that hearing to argue for his client. Mr. Lockhart, Defendants' lead attorney, has a family vacation scheduled that week; it has been planned for almost a year.

### III.

The parties respectfully request the Court reset the hearing. Counsel would be available the following week for a hearing if said date was convenient to the Court.

WHEREFORE, PREMISES CONSIDERED, the parties request the Court reschedule the hearing set for July 30, 1999 for a later date.

Respectfully submitted,

By: *[signature]* By permission
    BROADUS A. SPIVEY
    Admission ID No. _____
    Texas State Bar No. 18955000
    SPIVEY & AINSWORTH, P.C.
    48 East Avenue
    Austin, TX 78701-4320
    512/474-6061; FAX: 512/474-1605
    Attorney for Plaintiffs, GILBERTO M. RODRIGUEZ, et al

By: *[signature]*
    TOM LOCKHART
    Admissions ID No. 2257
    Texas State Bar No. 12473500
    ROGER W. HUGHES
    Admissions ID No. 5950
    Texas State Bar No. 10229500
    P. O. Drawer 1429
    Harlingen, TX 78551-1429
    956/428-7495; FAX: 956/428-2954
    Attorney-in-Charge for Defendants, CITY OF HARLINGEN, TEXAS; R.D. MOORE and JIM SCHOEPNER

WALTER J. PASSMORE
Admissions ID No. 2264
State Bar No. 15560400
PASSMORE, WALKER & TWENHAFEL, L.L.P.
P. O. Drawer 3766
McAllen, TX 78502-3766
956/687-6225; FAX: 956/686-1276
Individual Counsel for Defendant, R.D. MOORE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was forwarded on this 23 day of July 1999, to the following counsel of record and interested parties:

---

Attorney for Plaintiffs, GILBERTO M. RODRIGUEZ, et al:

Mr. Michael Greenberg
LAW OFFICES OF RICHARD PENA, P.C.
Barton Oaks Plaza Two
901 MoPac, Suite 325
Austin, TX 78746-5747

Mr. Broadus A. Spivey
SPIVEY & AINSWORTH, P.C.
48 East Avenue
Austin, TX 78701-4320

Attorney of record for Defendant, R.D. MOORE, in His Individual Capacity:

Mr. Walter J. Passmore
PASSMORE, WALKER & TWENHAFEL, L.L.P.
2424 North 10th St., Suite 201; 78501
P. O. Drawer 3766
McAllen, TX 78502-3766

TOM LOCKHART