29

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 27 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| GILBERTO RODRIGUEZ, ET AL | { |
| V. | { | CIVIL ACTION NO. B-98-163 |
| CITY OF HARLINGEN, TEXAS, ET AL | { |

## ORDER ON AGREED JOINT MOTION TO CONTINUE HEARING

BE IT REMEMBERED that on this the 20th day of July, 1999, came to be considered the parties' **AGREED JOINT MOTION TO CONTINUE HEARING**, and the Court is of the opinion that same should be granted.

IT IS, THEREFORE, ORDERED that the Pretrial Conference set for July 30, 1999 is reset for the 12th day of August, 1999, at 3:00 o'clock p.m. The remaining terms of the Order Setting Hearing shall remain in effect.

SIGNED this the 26th day of July, 1999, at Brownsville, Texas.

_____
JUDGE PRESIDING

---

ADAMS & GRAHAM, L.L.P.
ORDER ON AGREED JOINT MOTION TO CONTINUE HEARING
[10-jp]; D:\WP51A\FILES\LOCKHART\H-1023\GILBERTO\MOTION.001;   Page 1 of 1 Pages