# Civil Courtroom Minutes

| | |
|---|---|
| **Judge** | Hilda G. Tagle |
| **Case Manager** | Letty Garza |
| **Law Clerk** | ☐ Trevino   ■ Spencer |
| **Date** | 08 / 12 / 99 |
| **Time** | ___ a.m. — ___ a.m. <br> 3:09 p.m. — 5:00 p.m. |
| **Civil Action** | B / 98 / 163 |
| **Style** | RODRIGUEZ, et al <br> *versus* <br> CITY OF HARLINGEN |

United States District Court
Southern District of Texas
FILED
AUG 12 1999
Michael N. Milby, Clerk of Court

**Docket Entry**

(HGT)   ■ **Motion** Hearing;            (Rptr.  Breck Record  )

Price Ainsworth          for     ■ Plaintiffs:
  1. Gilberto M. Rodriguez,
  2. Megan Suzanne Rodriguez,
  3. Stephen L. Williams and
  4. Robyn S. Williams

Tom Lockhart             for     ■ All Defendants:
  1. City of Harlingen
  2. R.D. Moore
  3. Jim Schoepner

Walter Passmore          for     ■ All Defendants. See above.

☐   All motions not expressly decided are denied without prejudice.

☐   Evidence taken [exhibits or testimony].

■   Argument heard on:   ☐ all pending motions;   ■ these topics:
  1. Dkt. No. 7
  2. Dkt. No. 8

- ■ Motions taken under advisement:
    1. Dkt. No. 7
    2. Dkt. No. 8
- ☐ Order to be entered.
- ■ Miscellaneous review set:  8/27/99.
- ■ Rulings orally rendered on:
    1. Court orders parties to brief issue of whether Defendant R. D. Moore was acting under color of law on 7/7/98.
    2. Court orders parties to brief the special relationship exception in relation to law enforcement officers.
- ■ Comments:
    1. Attorney Lockhart WITHDRAWS Defendants' Objections to Plaintiffs' Response [Dkt. No. 31] based on Answorth's representations that:
        a. the City of Harlingen did NOT summon the Border Patrol Agents on 7/7/98; and that
        b. Answorth's client is not asking the Court to consider Jose Rubio, Jr.'s Affidavit for the 12(b)(6) motions currently before the Court.