44

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION



| | | |
|---|---|---|
| ARTURO GUILLERMO SALINAS<br>AND ELISA HERNANDEZ HERRERA<br>SALINAS,<br>　　Plaintiffs | § § § § § | |
| V. | § § | CIVIL ACTION NO. B-98-162 |
| CITY OF HARLINGEN, TEXAS;<br>R.D. MOORE;<br>AND<br>JIM SCHOEPNER,<br>　　Defendants<br>　　AND | § § § § § § § | |
| GILBERTO M. RODRIGUEZ,<br>INDIVIDUALLY AND ON BEHALF OF<br>HIS MINOR DAUGHTER, MEGAN<br>SUZANNE RODRIGUEZ, AND<br>STEPHEN L. WILLIAMS AND WIFE,<br>ROBYN S. WILLIAMS, SURVIVING<br>BENEFICIARIES OF THE DECEASED | § § § § § § § § | |
| V. | § § | CIVIL ACTION NO. B-98-163 |
| CITY OF HARLINGEN, TEXAS;<br>R.D. MOORE; AND<br>JIM SCHEOPNER,<br>　　Defendants<br>　　AND | § § § § § § | |
| RAUL RODRIGUEZ,<br>　　Plaintiff | § § § | |
| V. | § § | CIVIL ACTION NO. B-99-070 |
| CITY OF HARLINGEN,<br>R. D. MOORE, AND<br>JIM SCHEOPNER,<br>　　Defendants | § § § § § | |

# AGREED MOTION TO CONSOLIDATE AND MOTION TO
## CONSOLIDATE FOR DISCOVERY

COME NOW all the parties in the three above entitled and numbered lawsuits pending in this court. The underlying facts in all three lawsuits arise out of the same incident, or series of incidents, though there are different plaintiffs involved and separate damages alleged. The parties have agreed that it would be more economical to the court and to the parties to consolidate Causes No. B-98-162 and B-98-163 for all purposes under one cause number; and to consolidate B-99-070 with B-98-162 and B-98-163 for all purposes of discovery and pre-trial matters only.

WHEREFORE, PREMISES CONSIDERED, the parties ask the court to consolidate these causes as above requested.

Respectfully Submitted,

Broadus A. Spivey
Spivey & Ainsworth, P.C.
48 East Avenue
Austin, Texas 78701
512+474-6061
Fax: 512+474-1605

Richard Pena
Law Offices of Richard Pena, P.C.
Barton Oaks Plaza Two
901 MoPac, Suite 325
Austin, Texas 78746
512+327-6884
Fax: 512+327-8354

By _____
Broadus A. Spivey
SBOT # 18955000
Federal I.D.# 11146
ATTORNEYS FOR PLAINTIFFS

# CERTIFICATE

Broadus A. Spivey, one of the attorneys for the plaintiffs in Civil Action Nos. B-98-162

and B-98-163, represents to the court that he has previously conferred with Attorney Ramon

Garcia, counsel for the Plaintiff Raul Rodriguez in Civil Action No. B-99-070, and with the

counsel Tom Lockhart, lead counsel for the defendants on all three cases, and these attorneys

have no objection to, and approve of, this Motion and the attached Order.

Broadus A. Spivey
Federal ID # 11146

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true copy of the above and foregoing document was forwarded on April 10, 2000, to all counsel of record and interested parties via facsimile and U.S. mail:

Mr. Tom Lockhart
Mr. Jim Denison
Mr. Roger W. Hughes
ADAMS & GRAHAM, L.L.P.
222 E. Van Buren, West Tower
Harlingen, Texas 78551-1429
ATTORNEYS FOR DEFENDANT

Mr. Walter J. Passmore
PASSMORE, WALKER & TWENHAFEL, L.L.P.
2424 North 10th St, Suite 201
McAllen, Texas 78501
ATTORNEYS FOR DEFENDANT

Mr. Ramon Garcia
LAW OFFICES OF RAMON GARCIA, P.C.
222 West University Drive
Edinburg, Texas 78539
ATTORNEYS FOR PLAINTIFF RAUL RODRIGUEZ

Broadus A. Spivey
Federal ID # 11146