45

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 11 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Arturo Guillermo Salinas, et al, | § § § | |
| Plaintiffs, | § § | |
| v. | § | CIVIL ACTION NO. B-98-162 |
| City of Harlingen, et al, | § § § | |
| Defendants. | § § | |
| **AND** | § § | |
| Gilberto M. Rodriguez, et al, | § § § | |
| Plaintiffs, | § § | |
| v. | § | CIVIL ACTION NO. B-98-163 |
| City of Harlingen, et al, | § § § | |
| Defendants. | § § | |
| **AND** | § § | |
| Raul Rodriguez, | § § | |
| Plaintiff, | § § | |
| v. | § | CIVIL ACTION NO. B-99-70 |
| City of Harlingen, et al, | § § § | |
| Defendants. | § § | |

**ORDER OF CONSOLIDATION OF B-98-162 AND B-98-163 FOR ALL PURPOSES, AND B-98-162, B-98-163, AND B-99-70 FOR ALL PRE-TRIAL MATTERS**

BE IT REMEMBERED, that on May 9, 2000, the Court **GRANTED** the Plaintiffs' Agreed Motion to Consolidate and Motion to Consolidate for Discovery [Dkt. No. 44]

1

pursuant to Federal Rule of Civil Procedure 42(a). All three cause numbers – B-98-162, B-98-163 and B-99-70 – are consolidated under Civil Action No. B-98-162 for purposes of discovery and all pre-trial matters. In addition, Civil Action Nos. B-98-162 and B-98-163 are consolidated for all purposes, including trial, under cause number B-98-162.

The Plaintiffs are **ORDERED** to advise the Court of which attorney will act as lead counsel in all pretrial matters on or before May 19, 2000.

DONE at Brownsville, Texas, this 10 day of May 2000.

Hilda G. Tagle
United States District Judge

2